# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSANNE MEHLMAN, JOY HULTMAN, MINDY BENDER, and ROBERT SULLIVAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, LLC, and AMERICAN ENTERPRISE INVESTMENT SERVICES, INC.<br><br>　　　　　　　Defendants. | Case No. 0:24-cv-03018-JRT-DLM<br><br>**DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' INVESTMENT ADVISORY CLAIMS** |

Defendants Ameriprise Financial, Inc., Ameriprise Financial Services, LLC, and American Enterprise Investment Services, Inc. hereby move this Court for an Order compelling Plaintiffs to submit any dispute concerning investment advisory services offered or delivered by Defendants to arbitration under AAA rules on an individualized basis. This Motion to Compel Arbitration is supported by the attached memorandum of law, filed contemporaneously herewith, the Court's records and files in this matter, and such oral argument as may be heard by the Court.

Dated: December 20, 2024　　　　　　*s/ Edward B. Magarian*

　　　　　　　　　　　　　　　　　　Edward B. Magarian, MN Bar No. 0208796
　　　　　　　　　　　　　　　　　　Jack Huerter, MN Bar No. 0399277
　　　　　　　　　　　　　　　　　　**DORSEY & WHITNEY LLP**
　　　　　　　　　　　　　　　　　　50 South Sixth Street, Suite 1500
　　　　　　　　　　　　　　　　　　Minneapolis, MN
　　　　　　　　　　　　　　　　　　Telephone: (612) 340-2600
　　　　　　　　　　　　　　　　　　Facsimile: (612) 340-2868

magarian.edward@dorsey.com
huerter.jack@dorsey.com

Meaghan VerGow, DC Bar No. 977165*
Brian Boyle, DC Bar No. 419773*
Shannon Barrett, DC Bar No. 476866*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, DC  20006-4061
Telephone: (202) 383-5300
Facsimile: (202) 383 5414
mvergow@omm.com
bboyle@omm.com
sbarrett@omm.com

Lauren Wagner, NY Bar No. 5430640*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
lwagner@omm.com

* admitted *pro hac vice*

*Attorneys for Defendants*