# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSANNE MEHLMAN, JOY HULTMAN, MINDY BENDER, and ROBERT SULLIVAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, LLC, and AMERICAN ENTERPRISE INVESTMENT SERVICES, INC.<br><br>Defendants. | Case No. 0:24-cv-03018-JRT-DLM<br><br>**L.R. 7.1(A)(1) MEET-AND-CONFER STATEMENT REGARDING DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' INVESTMENT ADVISORY CLAIMS** |

The undersigned hereby certifies that counsel for Plaintiffs and counsel for Defendants conferred by telephone on December 2, 2024 regarding Defendants' Motion to Dismiss and Motion to Compel Arbitration. The parties were unable to resolve issues presented in these motions.

Dated:  December 20, 2024        *s/ Edward B. Magarian*

Edward B. Magarian, MN Bar No. 0208796
Jack Huerter, MN Bar No. 0399277
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
magarian.edward@dorsey.com
huerter.jack@dorsey.com

Meaghan VerGow, DC Bar No. 977165*
Brian Boyle, DC Bar No. 419773*
Shannon Barrett, DC Bar No. 476866*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.

Washington, DC  20006-4061
Telephone: (202) 383-5300
Facsimile: (202) 383 5414
mvergow@omm.com
bboyle@omm.com
sbarrett@omm.com

Lauren Wagner, NY Bar No. 5430640*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
lwagner@omm.com

* admitted *pro hac vice*

*Attorneys for Defendants*