## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSANNE MEHLMAN, JOY HULTMAN, MINDY BENDER, and ROBERT SULLIVAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, LLC, and AMERICAN ENTERPRISE INVESTMENT SERVICES, INC.<br><br>Defendants. | Case No. 0:24-cv-03018-JRT-DLM<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court following the February 21, 2025 closing of the briefing on Defendants' Motion to Dismiss, before the Honorable John R. Tunheim, United States District Court Judge for the District of Minnesota, in Courtroom 14E, U.S. Courthouse, 300 South Fourth Street Minneapolis, Minnesota, 55415, Defendants Ameriprise Financial, Inc., Ameriprise Financial Services, LLC, and American Enterprise Investment Services, Inc. will move the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing Plaintiffs' Consolidated Complaint.

Dated: December 20, 2024

*s/ Edward B. Magarian*

Edward B. Magarian, MN Bar No. 0208796
Jack Huerter, MN Bar No. 0399277
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

magarian.edward@dorsey.com
huerter.jack@dorsey.com

Meaghan VerGow, DC Bar No. 977165*
Brian Boyle, DC Bar No. 419773*
Shannon Barrett, DC Bar No. 476866*
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, DC  20006-4061
Telephone: (202) 383-5300
Facsimile: (202) 383 5414
mvergow@omm.com
bboyle@omm.com
sbarrett@omm.com

Lauren Wagner, NY Bar No. 5430640*
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
lwagner@omm.com

* admitted *pro hac vice*

*Attorneys for Defendants*