# EXHIBIT B

Ameriprise Financial Services, Inc. 70100 Ameriprise Financial Center Minneapolis, MN 55474

# *Ameriprise*® Custom Advisory Relationship Select Separate Account Application
## - IRA Account



**Account Number**         133

## *Ameriprise*® Custom Advisory Relationship Selection

| | |
|---|---|
| Client(s) included in *Ameriprise*® Custom Advisory Relationship | Robert Sullivan |
| *Ameriprise*® Custom Advisory Relationship ID | |
| Discussion /Signed State | North Carolina |

## Ownership and Product Details

| | |
|---|---|
| Product Name | Select Separate Account |
| Ownership | ROLLOVER IRA |
| Taxpayer | Robert Sullivan  /  /  4312 |
| AIF signing on behalf of client | No |
| Client an Ameriprise Employee? | No |
| Covered family member | No |
| Servicing Advisor | Jeremy Reese / |
| Recommending Advisor | Jeremy Reese / |
| Compensation sharing arrangement | Yes |
| Compensation Team ID | 104663 |

## Trusted Contact Person

Regulations require us to ask clients if they choose to identify a Trusted Contact Person. This person will not have any access to account information. Ameriprise may contact this person to check on the client's welfare. To provide a Trusted Contact Person, please contact your advisor.

### Robert Sullivan's Trusted Contact Person

| | |
|---|---|
| Client Name: | Robert Sullivan |
| Trusted Contact Person: | |

## Ownership Details

| | |
|---|---|
| Account communication address | |
| IRA Plan | Existing IRA |

### Beneficiary Designation

| | |
|---|---|
| Beneficiary Designation | Client has chosen to use existing beneficiary on file.<br>PRIMARY BENEFICIARY<br>LIVING, LAWFUL CHILDREN IN EQUAL SHARES 100.00% |

© 2018 - 2019 Ameriprise Financial, Inc.
All rights reserved.

DOC0204CARN900119

MINOR BENEFICIARIES: IF ANY BENEFICIARY LISTED IS A MINOR, I HEREBY REQUEST THAT PROCEEDS BE PAID TO GAO SULLIVAN AS CUSTODIAN UNDER THE NC UTMA.

| | |
|---|---|
| **Select the IRA plan to place this account** | |
| **Would you like to copy a beneficiary from an already existing account or plan?** | Yes |

## Account Profile

| | |
|---|---|
| **Portfolio** | ALL CAP GROWTH |
| **Strategy Name** | JPGAD - JP MORGAN GROWTH ADVANTAGE |
| **Initial Investment Amount** | |
| **Source of funds** | Internal Transfer |
| **Investment time-frame** | E. 11+ Years |
| **Risk tolerance** | E. Aggressive |
| **First investment objective** | I. Growth |
| **Liquidity needs** | C. 7+ Years |
| **Recommendations made considering** | Overall assets held at Ameriprise |

## Account Preferences

| | |
|---|---|
| **Proxy Voting Election** | You elect to delegate the authority to vote these proxies to the selected Investment Manager(s) or Ameriprise Financial Services, Inc., as applicable. |
| **Trade Confirmation Suppression** | You elect not to receive trade confirmations |
| **Money Settlement** | Ameriprise Bank Insured Sweep Account (ABISA) |

## Fees

### Advisory Fee
The Advisory Fee rate is an ongoing asset-based fee negotiated between you and your financial advisor and covers services such as asset allocation, portfolio construction, creation of model portfolios, advisory service provider due diligence and oversight, investment recommendations and selection including applicable investment product due diligence, execution of transactions, custody of securities, and tax and account reporting including trade confirmations and client statements and services provided by your financial advisor for your account.

### Manager Fee
The Manager Fee represents investment management fees charged by advisory service providers for a specific investment strategy. The Manager Fee rate is variable by Advisory Service Provider and specific investment strategy and is charged to you as a component of your Asset-based Fee. For unified managed accounts, the blended fee rate is calculated using the full billable value of the account, while applying a 0% manager fee rate to non-separately managed account assets (e.g. mutual funds and exchange-traded funds ("ETFs")) and the applicable Manager Fee rate as allocated to the separately managed account assets ("Blended Fee Rate"). Manager Fee rates are subject to change. This fee is applicable for Select Separate Account (including Select Strategist UMA Portfolios and Select ETF Portfolios), Vista Separate Account, Investor Unified Account and Access Account.

### Platform Fee
The Platform Fee covers additional costs associated with the programs for services provided by Ameriprise Financial Services such as investment selection including investment strategy and investment product due diligence, overlay management, additional trading costs, enhanced trading tools and additional operational and support related functions. This fee is applicable for Select Separate Account (including Strategist UMA Portfolios and Select ETF Portfolios), Vista Separate Account, Investor Unified Account and Access Account.

| | |
|---|---|
| **Billing Frequency** | Monthly |
| **Anticipated Managed Accounts Assets Under Management** | |
| **Custom Advisory Relationship Advisory Fee Rate** | 1.25% |
| **Advisory Fee Rate** | 1.25% |
| **Manager Fee Rate** | 0.35% |
| **Platform Fee Rate** | 0.17% |
| **Total Asset-based Fee Rate** | 1.77% |


| Consolidated Advisory Fee Relationship | No |
|---|---|

## Account Features

This account does not require any additional features.

## Acknowledgements

Read these acknowledgements carefully and then sign and date this section. "You" and "Your" refer to you the applicant. "I", "We" and "Us" refer to Ameriprise Financial Services, Inc. (AFSI), American Enterprise Investment Services Inc. (AEIS), and/or Ameriprise Trust Company (ATC) which are subsidiaries of Ameriprise Financial, Inc. (AFI).

By signing this Application, you acknowledge: a) the information you provided to us on this application is correct, b) an Ameriprise financial advisor has reviewed this service with you, c) you authorize all activity indicated within this application, d) you agree that we may deliver documents to you in person, by mail, on a CD-ROM, by email, or electronically through the secure site on ameriprise.com, and that you will notify us or your financial advisor if you prefer to receive paper copies of these documents, and e) you agree to all the terms and conditions stated in this application and in the related documents provided to you.

**Account Detail Acknowledgements**

**Authorized Person Signature:** If you are signing as an authorized person (e.g., attorney in fact, trustee, guardian, or conservator) for the client(s) listed below, you are duly authorized to establish an Ameriprise Custom Advisory Relationship, to open account(s), and to conduct transactions in the account(s) on behalf of the client(s).

**Entity Signature:** If you are signing on behalf of an entity, you are duly authorized to establish an Ameriprise Custom Advisory Relationship, to open account(s), and to conduct transactions in the account(s) on behalf of that entity.

**Alternate Asset-based Billing Acknowledgements**

AFSI does not make any determination as to the suitability or appropriateness of creating an alternate Asset-based Fee billing arrangement and potential income tax benefits or consequences its establishment may have. Individuals paying fees for another person may have gift tax consequences. Entities paying fees for another individual may create income tax consequences. Account owners accept all responsibility for any and all impacts or consequences of establishing an arrangement and any transactions associated with or resulting from its establishment and maintenance. The sale of assets to cover fees resulting from this arrangement may result in realized gains or losses and may have tax implications. Consult your tax advisor for guidance prior to establishing this arrangement.

All account owners understand and agree that this arrangement creates a relationship between potentially unrelated accounts and or client groups. This may result in AFSI providing their account number and fee amount information to the other account owners in the relationship including placing fee activity in the alternate account, corresponding entries on the Alternate account statement, and inclusion in the activity on AFSI websites. If account owners have different Ameriprise financial advisors both advisors may be able to view private client information contained on this form.

This Alternate Asset-based Fee Billing arrangement will take effect for the next Asset-based Fee billing after AFSI receives and processes the paperwork. Fees directed to an Alternate account may result in the sale of securities to cover the fee amount and will be executed in the alternate account in accordance with the terms of the Custom Advisory Relationship Agreement for the applicable account.

AFSI may terminate this alternate fee billing arrangement if it is inadequately funded. Fees and expenses, including your previously unpaid Asset-based Fees, may then be deducted from the originating account(s). If an originating account is an IRA with the consolidated advisory fee service, AFSI will terminate the consolidated advisory fee service and deduct future Asset-based fees from the originating account.

The Alternate Asset-based Fee Billing arrangement may result in accounts being assessed more in aggregate fees over their lifetime due to the account balance not being impacted by fee assessments. Establishing an Alternate Asset-based Fee Billing arrangement may impact the performance of all participating accounts and may increase fees paid to AFSI.

All account owners certify that the Alternate Asset-based Fee Billing arrangement will remain in effect until any party notifies AFSI to cancel it, allowing reasonable time to act on your instructions. The termination, closure, certain account restrictions, transfer or change in account ownership of any originating or alternate paying account will result in the termination of the Alternative Asset-based Fee Billing arrangement. The originating account will pay the Asset-based Fee. If an originating account is an IRA with the consolidated advisory fee service, AFSI will also terminate the consolidated advisory fee service.

**Beneficiary Designation Acknowledgments**

**Beneficiary Designation Acknowledgments:**
**Application** :You understand and acknowledge that this beneficiary designation revokes any previous beneficiary designation you have made for this IRA and that this beneficiary designation applies to all investments and accounts within this IRA.
**Indemnification** : You agree to indemnify us against and hold us harmless from any and all claims arising from this beneficiary designation.
**Binding** : You agree that this acknowledgement and beneficiary designation shall be binding upon your heirs, legatees, executors,



DOC0404CARN900119

administrators, personal representatives, assigns and beneficiaries.
Brokerage, investment and financial advisory services are made available through Ameriprise Financial Services, Inc., Member FINRA and SIPC. Clearing, custody and settlement services are made available by American Enterprise Investment Services Inc., Member FINRA and SIPC.
You acknowledge that you have received and read the Ameriprise Brokerage Client Agreement and the Other Important Disclosures document (collectively AAgreementA) and agree to abide by their terms and conditions as currently in effect or as they may be amended from time to time. You hereby consent to all these terms and conditions with full knowledge and understanding of the information contained in the Agreement. This brokerage account is governed by a predispute arbitration provision which is found on Section 28, Page 3 of the Agreement. You acknowledge receipt of the predispute arbitration provision.

**Conclusion**

Brokerage, investment and financial advisory services are made available through Ameriprise Financial Services, Inc., Member FINRA and SIPC. Clearing, custody and settlement services are made available by American Enterprise Investment Services Inc., Member FINRA and SIPC.

## Important Documents to review prior to signature

The following document(s) must be given to the client(s) in order for you to be in compliance with product rules:

**Give to Client Forms**

Not Applicable

**Additional Documents**

Not Applicable

## Signatures

[✓] Check this box to attest that the client(s) was consulted prior to establishing the account(s) reference above.

**Jeremy   Reese** / Servicing Advisor

*Jeremy Reese 2020-02-18 20:04:52 GMT*

Date (MMDDYYYY)